NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In re Commitment of Jesse Haley.                    )
                                                    )
                                                    )
JESSE HALEY,                                        )
                                                    )
          Appellant,                                )
                                                    )
v.                                                  )       Case No. 2D16-5393
                                                    )
STATE OF FLORIDA,                                   )
                                                    )
          Appellee.                                 )
                                                    )

Opinion filed May 16, 2018.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Howard L. Dimmig, II, Public Defender,
and Carol J.Y. Wilson, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, CRENSHAW, and SALARIO, JJ., Concur.